87 A.3d 806

**Lafaye GASKINS, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 1 EM 2014.**

Supreme Court of Pennsylvania.

March 19, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of March, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**